## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **PSD FREEHOLD LLC,** | |
| *Plaintiff*, | **Civil Action No. 14-6038** |
| v. | **ORDER** |
| **LUXURY AUTO XCHANGE, LTD, et al.,** | |
| *Defendants.* | |

**THIS MATTER** having come before this Court by way of Plaintiff PSD Freehold, LLC's ("Plaintiff") Motion for Default Judgment against Defendant Luxury Auto Xchange [Dkt. No 11];

and Plaintiff being required to prove damages and service of process, see Comdyne I, Inc. v. Corbin, 908 F.2d 1142, 1149 (3d Cir. 1990) (damages); Gold Kist, Inc. v. Laurinburg Oil Co., Inc., 756 F.2d 14, 19 (3d Cir. 1985) (proof of service);

and the Court being required to satisfy itself concerning personal jurisdiction, HICA Educ. Loan Corp. v. Lepera, No. 11-960, 2011 WL 3515911, at *2 (D.N.J. Aug. 10, 2011) (default judgment void if no personal jurisdiction);

and it appearing that Plaintiff did not file an affidavit or documentation confirming the sum of the alleged damage, claimed to be $117,245.00;

and it appearing that Plaintiff has failed to demonstrated that service of process was effectuated pursuant to N.J. Ct. R. 4:4-4(a)(6);

and it further appearing that Plaintiff has not demonstrated that the Court has personal jurisdiction over defendant, an Illinois Corporation;

**IT IS** on this 1st day of October, 2015,

**ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED** without prejudice; and it is further

**ORDERED** that Plaintiff must refile his motion by **November 2, 2015**, with all testimonial and documentary evidence of personal jurisdiction, service of process, and any alleged damages.

/s/ *Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**